1  RYAN J. STONEROCK (State Bar No. 247132)
   rstonerock@harderllp.com
2  HENRY L. SELF III (State Bar No. 223153)
   hself@harderllp.com
3  HARDER LLP
   8383 Wilshire Boulevard, Suite 526
4  Beverly Hills, California 90211
   Telephone:    (424) 203-1600
5  Facsimile:    (424) 203-1601

6  Attorneys for Plaintiff
   MAGAVE TEQUILA, INC.
7

8  MIGUEL VILLARREAL, JR. (TSB# 24042095)
   mvillarreal@gunn-lee.com
9  GUNN, LEE & CAVE, P.C. (*pro hac vice* forthcoming)
   8023 Vantage Dr., Suite 1500
10 San Antonio, Texas 78230
   Telephone:    (210) 886-9500
11 Facsimile:    (210) 886-9883

12 STEPHEN HANKINS (CSB# 154886)
   shankins@rshc-law.com
13 RACHEL S. CHRISTENSON (CSB# 340898)
   rchristenson@rshc-law.com
14 RILEY SAFER HOLMES & CANCILA LLP
   456 Montgomery Street, 16th Floor
15 San Francisco, California 94104
   Telephone:    (415) 275-8550
16 Facsimile:    (415) 275-8551

17 Attorneys for Defendants
   MEXCOR, INC. and DIRECT INTERNATIONAL
18 WINE & SPIRITS OF ILLINOIS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGAVE TEQUILA, INC., | Case No. 22-cv-03534-SI |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE DEADLINE TO RESPOND TO THE COMPLAINT; DECLARATION OF RACHEL S. CHRISTENSON; [PROPOSED] ORDER** |
| MEXCOR, INC. and DIRECT INTERNATIONAL WINE & SPIRITS OF ILLINOIS, LLC d/b/a MEXCOR DISTRIBUTORS OF CALIFORNIA, | |
| Defendants. | |

Pursuant to Civil Local Rules 6-2, 7-12, and 16-2, plaintiff Magave Tequila, Inc. ("Plaintiff") and defendants Mexcor, Inc. and Direct International Wine & Spirits of Illinois, LLC ("Defendants") hereby stipulate as follows:

WHEREAS, the Court entered an Initial Case Management Guideline and Clerk's Notice in this case on June 30, 2022 [Dkt. No. 12];

WHEREAS, the parties previously stipulated to Defendants receiving additional time to respond to the Complaint until August 29, 2022;

WHEREAS, pursuant to the Court's August 29, 2022, Order Pursuant to Stipulation, a Case Management Conference will be held on October 14, 2022, at 2:30 p.m.;

WHEREAS, pursuant to the Court's August 29, 2022, Order Pursuant to Stipulation, the parties' joint Case Management Statement is due October 7, 2022;

WHEREAS, pursuant to the Court's August 29, 2022, Order Pursuant to Stipulation, Regarding Defendants' Deadline to Respond to the Complaint dated July 29, 2022, [Dkt. No. 19], the deadline for Defendants to answer or otherwise respond to the Complaint is currently September 28, 2022 (*i.e.*, today);

WHEREAS, counsel for the parties conferred as required under Federal Rule of Civil Procedure 26(f);

WHEREAS, the parties have reached an agreement to resolve their differences and they are currently in the process of finalizing the resolution in a formal settlement agreement. However, as of the answer date, the agreement has not yet been finalized.

WHEREAS, this additional 8 days will not impact the currently scheduled joint Case Management Statement and Case Management Conference, Defendants respectfully request an additional 8 days, until October 6, 2022, to submit their answer or otherwise respond to Plaintiff's Complaint.

NOW THEREFORE, the parties through their respective counsel hereby stipulate as follows:

///

///

-1-
JOINT STIPULATION TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT

(1)     The deadline for Defendants to answer or otherwise respond to the Complaint is extended to October 6, 2022.

**IT IS SO STIPULATED.**

DATED: September 28, 2022          HARDER LLP

                                   By:  */s/ Ryan J. Stonerock*
                                        Ryan J. Stonerock
                                        Attorneys for Plaintiff Magave Tequila, Inc.

DATED: September 28, 2022          RILEY SAFER HOLMES & CANCILA LLP

                                   By:  */s/ Rachel S. Christenson*
                                        Rachel S. Christenson
                                        Attorneys for Defendants Mexcor, Inc. and
                                        Direct International Wine & Spirits of Illinois, LLC

## **ATTESTATION**

The undersigned hereby attests that all counsel have reviewed the contents of the foregoing and approve its filing.

DATED: September 28, 2022          HARDER LLP

                                   By:  */s/ Ryan J. Stonerock*
                                        Ryan J. Stonerock
                                        Attorneys for Plaintiff Magave Tequila, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  September 29, 2022

                                   Honorable Susan Illston
                                   United States District Judge